Joseph Fleming
40 Bellam Blvd Unit 2013,
San Rafael CA 94912
628-285-7205

FILED

JUN 27 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES COURT

DISTRICT OF NORTHERN CALIFORNIA



| | |
|---|---|
| JOSEPH FLEMING<br><br>        Plaintiff,<br><br>vs.<br><br>MARIN COUNTY SHERIFFS DEPARTMENT,<br>COUNTY OF MARIN, MICHAEL THOMPSON<br><br>        Defendant | Case No.: C24-03859<br><br>COMPLAINT FOR INJUNVTIVE RELIEF TO HALT TO THE IMMINENT SEIZURE OF MY MOTORHOME ON JUNE 27TH, 2024<br><br>FILED CONCURRENTLY WITH EX-PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTION<br><br>BENCH TRIAL REQUESTED |

**Case In A Nutshell**

Binford Road is the largest community of people living in motorhomes, RVs, tents, and vehicles in the County of Marin – and one of the largest in the State of California. It has received international attention as a symbol of housing crisis in California. [1]The County of Marin has received millions of dollars from the State of California to get people off Binford Road and into housing by 2026. The County provides comprehensive housing. case

---

[1] Two-mile homeless camp takes over in California's posh Marin County — and tax dollars help fund it. *New York Post.* https://nypost.com/2023/05/05/two-mile-homeless-camp-takes-over-in-californias-posh-marin-county/

COMPLAINT FOR INJUNVTIVE RELIEF TO HALT TO THE IMMINENT SEIZURE OF MY MOTORHOME ON JUNE 27TH, 2024FILED CONCURRENTLY WITH EX-PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTIONBENCH TRIAL REQUESTED - 1

1    management services to residents through the Downtown Streets Team, provides a bi-weekly pump out service

2    removing wastewater from RVs, and has issued parking permits to residents so they can keep the motorhomes

3    parked on Binford Road, even though almost everyone's registration is out of date. Most motorhomes have been

4    parked where they are, with expired registration, for months or years as their occupants await housing through

5    encampment resolution grant from the State of California.

6    Plaintiff Joseph Stanton is one resident of Binford. He has lived on Binford Road for the past two years, either in

7    tents or in vehicles. Since around October or November of 2023, he has lived a small motorhome that he shared with

8    Jamie O'Hara. He is gainfully employed and seeking to get housing, and diligently works with his case manager

9    through the Downtown Streets Team. Recently, his roommate Jamie O'Hara got into housing.

10   While that should be a reason for celebration, on June 22nd things took a dark turn – a Marin County Sheriff Deputy

11   came to Mr. Flemings home and posted it with a parking violation notice alleging the vehicle had been parked

12   longer than 72 hours and had expired registration. The deputy told Ms. O'Hara that Josephs motorhome would be

13   towed on Friday, June 28th. Joseph asked his caseworker to intervene, but nothing has come about. No housing or

14   shelter is available. Suddenly, abruptly, he faces absolute destitution and seeks this court to intervene to stop an

15   unnecessary tragedy from unfolding tomorrow morning.

16

17

18                                              **PARTIES**

19   **Plaintiff Joseph Fleming**

20   40 Bellam Blvd Unit 2013, San Rafael CA 94912

21   628-285-7205

22   **Defendant Marin County Sheriffs Department**

23   1600 Los Gamos Dr #200, San Rafael, CA 94903

24   **Defendant Sheriff Deputy Michael Thompson**

25   1600 Los Gamos Dr #200, San Rafael, CA 94903County of Marin

26   **Defendant County of Marin**

27   3501 Civic Center Drive, San Rafael CA 94903

28   COMPLAINT FOR INJUNVTIVE RELIEF TO HALT TO THE IMMINENT SEIZURE OF MY MOTORHOME ON JUNE 27TH, 2024FILED CONCURRENTLY WITH EX-PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTIONBENCH TRIAL REQUESTED - 2

## JURISDICTION AND VENUE

1. This court has original federal question jurisdiction under 42 USC § 1983. Because the complaint and all defendants primarily reside in Marin County it should be assigned to the SF/O division of this court.

## STATEMENT OF FACTS

1. Binford Road is the largest community of people living in vehicles in the County of Marin. During COVID-19 Binford became a hub of people who had lost their housing and were sheltering in place in their vehicles.

2. Starting in 2022, the County of Marin and Marin County Sheriffs Department adopted a policy of directing all people living motorhomes in in unincorporated Marin County to move in Binford Road. The plan was that by coalescing vehicle dwelling people into a single location, they would be easier to manage. Importantly, the County of Marin would be able to use the large-scale encampment to leverage state funding through Encampment Resolution Fund Grants "ERF Grants". ERF grants were most available for government jurisdictions with large encampments.

3. The County of Marin ultimately obtained millions of dollars in ERF grant funding and executed an agreement with the State of California for that purpose[23]

4. ERF funds demanded the County of Marin to "feature data-informed, innovative service delivery models and cross systems collaborations that support individuals experiencing homelessness in encampments towards a meaningful path to safe and stable housing through non-punitive, low-barrier, person- centered, Housing First approaches. These projects must comply with the principles of Housing First as defined in Welfare and Institutions Code Section 8255, must serve a specific encampment site, and be designed to achieve sustainable outcomes for both recipients of services and the encampment site to be resolved."

---

[2] https://www.marinij.com/2023/08/25/marin-county-unveils-plan-to-clear-novato-road-camp/
[3] https://www.marinij.com/2024/04/27/marin-awarded-18m-to-assist-homeless-campers/

COMPLAINT FOR INJUNVTIVE RELIEF TO HALT TO THE IMMINENT SEIZURE OF MY MOTORHOME ON JUNE 27TH, 2024FILED CONCURRENTLY WITH EX-PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTIONBENCH TRIAL REQUESTED - 3

5. Using this money, the County of Marin, working with the Marin County Sheriffs Department, set up a series of programs on Binford.

      A.  The County installed porta potties up and down the road.

      B.  The County started to a pump out service to pump out people's personal toilets and greywater on Binford Road.

      C.  The County contracted with Downtown Streets Team "DST", a non-profit homelessness service provider, to provide case management to residents.

      D.  The County created a parking permit program that allows RVs with expired registration to park indefinity on Binford Road.

6. The stated goal of the County is too clear Binford Road by 2026 by getting everyone into housing. While Mr. Fleming has lived on Binford Road for the past two years, starting in a tent. He moved into his current RV around November of 2023 with his friend Jamie O'Hara, who let him move into the RV. Neither of them owns the RV – the title holders generously allow them to use the RV as a home. The RV has been on Binford Road for about a year and half.

7. The RV is a godsend because it has a locking door, a roof, and is a safe place to stay out of inclement weather and to survival gear. It is a place to sleep sound. Mr. Fleming has a good relationship with his DST case manager Mia Murphy who he is working on getting a housing with. Twice a month, the County of Marin's contractor comes and pumps out the RV he lives in.

8. Not long ago, Ms. O'Hara obtained housing. Mr. Fleming is still waiting to get his own place that he is trying to get with the help of his caseworker Mia Murphy.  On a regular basis he communicates with Marin County Sheriff Deputy Michael Thompson – who is the lead deputy on Binford Road – about his housing goals and his current housing situation in the RV.

9. Much to everyone's surprise – on Saturday June 22nd, a Marin County Sheriff Deputy named Michael Thompson approached the RV, while Mr. Fleming was at work and Ms. O'Hara was in the neighborhood. Deputy Thompson posted a parking violation on the RV saying that it had expired registration and had been parked longer then 72 hours.

COMPLAINT FOR INJUNVTIVE RELIEF TO HALT TO THE IMMINENT SEIZURE OF MY MOTORHOME ON JUNE 27TH, 2024FILED CONCURRENTLY WITH EX-PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTIONBENCH TRIAL REQUESTED - 4

10. Jamie O'Hara was shocked because almost all RV's on Binford Road have expired registration. The RV has a valid parking permit issued by the County of Marin to be there. And Joseph Fleming still lives in the RV.

11. Ms. O'Hara protested the act and asked Deputy Thompson what Mr. Fleming was supposed to do – how he was suppose to survey. Michael Thompson said that was not his problem – because Ms. O'Hara had been housed, now the RV had to go.

12. Mr. Fleming was shocked of the sudden eviction, he contacted his DST case manager Mia Murphy, (who is contracted by the County of Marin), who also expressed that she was shocked by the Deputy's action. Ms. Murphy expressed that she would try to persuade the officer to not tow Mr. Fleming's home this Friday. Ms. Murphy did not indicate there were any other immediate alternative from Mr. Fleming to live in other than his RV.

13. Mr Fleming asked for Ms. Murphy to confirm if her efforts to stop the eviction were successful by Thursday, June 27th, or else Mr. Fleming would file for a restraining order. As of this execution of this document, Mr. Fleming has not received word from his case manager that the eviction has been called off, and seeks relief from this court to stop the seizure of his home and make him abjectly homeless.

14. Mr. Fleming's dwelling is not currently drivable, and needs a replaced battery and other work done, which Mr. Fleming does not currently have the funds do.

15. Mr. Fleming has no other legal place to park his home anywhere. The registration is expired, and so Binford Road is the only legal place he can park because he has obtained a parking permit under the County of Marin's special rules for Binford Road. If he leaves Binford Road, it would likely be impounded for expired registration that Plaintiff cannot afford.

16. As a result, Mr. Fleming

**FIRST CAUSE OF ACTION – VIOLATION 42 USC § 1983 STATE CREATED DANGER DOCTRINE**

17. The Ninth Circuit recognizes a substantive due process violation under the Fourteenth Amendment where a state actor "affirmatively place[s] an individual in danger by acting with

COMPLAINT FOR INJUNVTIVE RELIEF TO HALT TO THE IMMINENT SEIZURE OF MY MOTORHOME ON JUNE 27TH, 2024FILED CONCURRENTLY WITH EX-PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTIONBENCH TRIAL REQUESTED - 5

deliberate indifference to [a] known or obvious danger in subjecting the plaintiff to it."

*Kennedy v. City of Ridgefield*, 439 F.3d 1055, 1062 (9th Cir. 2006). Deliberate indifference

exists where the defendant "disregard[s] a known or obvious consequence of [its] action."

*Patel v. Kent Sch. Dist.*, 648 F.3d 965, 974 (9th Cir. 2011).

18. Deputy Michael Thompson acting under the official orders of Marin County Sheriffs
    Department and County of Marin, will take an affirmative act on Friday, June 28th to seize
    Plaintiff's home.

19. Plaintiff will lose his only shelter. The place where he sleeps at night, keeps bedding, stays
    warm, and can lock the door at night to ward of intruders. If he loses his trailer, he will forced
    to live in a tent next to the road, and could get hit by oncoming traffic. People will be able to
    enter his tent, which does not have a lock, to attack him or steal his property.

20. These dangers are obvious and foreseeable. Sheriff Deputy Michael Thompson knows Mr.
    Fleming has lived in the RV and Binford Road for a long time. Deputy Thompson knows that
    seizing the RV will expose Plaintiff to particularized harm.

21. Deputy Thompson has expressed deliberate indifference, when on June 22th, he told Jamie
    O'Hara that Mr. Fleming's fate was not his responsibility. There are no immediately
    available housing options or alternatives being offered to Mr. Fleming.

22. Importantly, if Mr. Fleming is evicted from Binford Road, he will likely be taken off the
    caseload of Mia Murphy, which means he will lose access to housing services.

**SECOND CAUSE OF ACTION – VIOLATION 42 USC § 1983 Fourth Amendment**

23. In *Soldal v. Cook County*, Illinois, 506 U.S. 56, 67 (1992), the Supreme Court explained that the Fourth
    Amendment protects plaintiffs' property rights in civil cases. As relevant here, the Court also held that
    seizing the plaintiff's mobile home and carrying it away to a new location constituted a "seizure" within the

COMPLAINT FOR INJUNVTIVE RELIEF TO HALT TO THE IMMINENT SEIZURE OF MY MOTORHOME
ON JUNE 27TH, 2024FILED CONCURRENTLY WITH EX-PARTE APPLICATION FOR TRO AND
PRELIMINARY INJUNCTIONBENCH TRIAL REQUESTED - 6

meaning and protections of the Fourth Amendment, even if no invasion of privacy had occurred. Id. at 61-64; see also id. at 66 ("[A] seizure of [an] article . . . would obviously invade the owner's possessory interest." (quoting Horton v. California, 496 U.S. 128, 134 (1990)). The Court explained that "the right against unreasonable seizures would be no less transgressed if the seizure of the house was undertaken to collect evidence, verify compliance with a housing regulation, effect an eviction by the police, or on a whim, for no reason at all."

24. There are no exceptions to the warrant requirement present. The RV is Plaintiffs home and has significant fourth amendment protections.

25. While there is a vehicle exception to the fourth amendment warrant requirement – it is certainly not applicable for peoples homes on Binford Road because the County of Marin has instituted a special program for people living on Binford Road to have parking permits that allow their vehicles to remain on the road indefinitely. Plaintiffs home is registered with the County of Marin as OK to be on Binford Road around January of this year. Plaintiff has lived in this RV since November of 2023.

26. No warrant exception exists for the seizing of Plaintiffs home.

**THIRD CAUSE OF ACTION – VIOLATION 42 USC § 1983 Fourteenth Amendment Due Process**

27. "[S]ome form of hearing is required before an individual is finally deprived of a property [ or liberty] interest." *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976). (Holding that beneficiaries of government welfare programs are entitled to due process for termination of benefits). "Parties whose rights are to be affected are entitled to be heard." This right is a "basic aspect of the duty of government to follow a fair process of decision making when it acts to deprive a person of his possessions. The pupose of this requirement is not only to ensure abstract fair play to the individual. Its purpose, more particularly, is to protect his use and possession of property from arbitrary encroachment .... " *Fuentes v. Shevin*, 407 U.S. 67, 80-81 (1972).

28. Here, Plaintiff has established liberty interest as a beneficiary of the ERF grant and the County of Marin homeless service programs that are specific to Binford Road. Plaintiff has a parking permit allowing his home to be there. He has been receiving case management services that are specific to Binford Road.

COMPLAINT FOR INJUNVTIVE RELIEF TO HALT TO THE IMMINENT SEIZURE OF MY MOTORHOME ON JUNE 27TH, 2024FILED CONCURRENTLY WITH EX-PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTIONBENCH TRIAL REQUESTED - 7

29. Plaintiff has been receiving pump out services from the County since the County started the program late last year.

30. As a beneficiary the programs on Binford Road, such as the parking permit program, Plaintiff has a protected liberty interest that cannot be arbitrarily deprived. But here, Plaintiff has been singled out to lose his home without a hearing and on abrupt notice.

## Prayer For Relief

Plaintiff prays this court issue a TRO, Preliminary Injunction, and Permanent Injunction from enjoining Defendants from seizing Plaintiffs home.

That this court expedite this case with all urgency for a bench trial.

That this court appoint Plaintiff an attorney for all purposes in this proceeding

That this court award Plaintiff attorneys fees and costs of suit.

## Verification

**Under Federal Rule of Civil Procedure 11, by signing below, I Joseph Fleming the Plaintiff in this case, certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; (4) that I am responsible for all aspects of prosecuting this case because I am unrepresented by an attorney and proceeding pro se, and (5) I know I can receive limited legal advice on this case from an attorney about this case by contacting the Federal Pro Bono Project at the Justice and Diversity Center of the Bar Association of San Francisco by contacting them at (415) 782-8982 or fedpro@sfbar.org.**

/s/Joseph Fleming
June 27th, 2024

COMPLAINT FOR INJUNVTIVE RELIEF TO HALT TO THE IMMINENT SEIZURE OF MY MOTORHOME ON JUNE 27TH, 2024FILED CONCURRENTLY WITH EX-PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTIONBENCH TRIAL REQUESTED - 8