UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH FLEMING,

    Plaintiff,

    v.

MARIN COUNTY SHERIFFS DEPARTMENT, et al.,

    Defendants.

Case No. 24-cv-03859-RS

**ORDER DISMISSING CASE**

Defendants have withdrawn the county notice to tow the RV in which Plaintiff resides, have not reposted such a notice, and have declared they have no immediate plans to pursue such an action. This matter is therefore dismissed as moot.

**IT IS SO ORDERED**.

Dated: October 24, 2024

_____
RICHARD SEEBORG
Chief United States District Judge